NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-3663
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00072-JCM-BNW |
| Plaintiff, | STIPULATION TO CONTINUE HEARING |
| vs. | (First Request) |
| TERRY TETUSO TAKIMOTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JOHN GEORGE, Esq., counsel for defendant Takimoto:

THAT THE HEARING REGARDING REVOCATION OF PRETRIAL RELEASE CURRENTLY SCHEDULED FOR March 13, 2020, be vacated and set to a time convenient for the Court, but not less than 30 days from the current setting.

The Stipulation is entered into for the following reasons:

1. On March 2, 2020, the Honorable Elayna J. Youchah ordered the defendant detained pending trial at the defendant's initial appearance regarding

revocation of pretrial release. ECF Nos. 52 and 53. Magistrate Judge Youchah then set a revocation of pretrial release hearing for March 13, 2020 at 10:00 a.m. *Id.*

2. The Government requested a change of plea hearing for defendant Takimoto because he signed a plea agreement and notified the Government of his intent to plead guilty.

3. On March 4, 2020, the Honorable James C. Mahan set a change of plea hearing for defendant Takimoto for March 24, 2020 at 10:00 a.m.

4. Counsel for the defendant and the Government agree to the continuance.

5. Defendant Takimoto is detained and agrees to the continuance.

6. This is the first request to continue the revocation hearing.

DATED this 6th day of March, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney


*/s/ John George*
JOHN GEORGE, Esq.
Counsel for Defendant TAKIMOTO

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRY TETUSO TAKIMOTO,

    Defendant.

Case No.: 2:19-cr-00072-JCM-BNW

ORDER

## ORDER

IT IS ORDERED that the revocation of pretrial release hearing currently scheduled for March 13, 2020, at the hour of 10:00 a.m., is vacated and continued to April 21, 2020, at 10:00 a.m.

DATED this 10th day of March, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE