NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-3663
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00072-JCM-BNW |
| Plaintiff, | STIPULATION TO CONTINUE THE CHANGE OF PLEA DATE |
| vs. | (First Request) |
| TERRY TETUSO TAKIMOTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JOHN GEORGE, Esq., counsel for defendant Takimoto:

THAT THE CHANGE OF PLEA CURRENLTY SCHEDULED FOR March 27, 2020, at 10:00 a.m. be vacated and set for a time in approximately 20 days at a time convenient for the Court.

In light of the ongoing health concerns surrounding the COVID-19 virus, counsel for defendant and counsel for the Government agree to this continuance. In addition, counsel

for the Government will be away on military leave through March 27, 2020. No prejudice to the defendant will occur because of this continuance.

This is the first request for a continuance of the change of plea date

DATED this 18th day of March, 2020.

                                    NICHOLAS A. TRUTANICH
                                    United States Attorney

                                    */s/ Christopher Lin*
                                    CHRISTOPHER LIN
                                    Assistant United States Attorney

                                    */s/ John George*
                                    JOHN GEORGE, Esq.
                                    Counsel for Defendant TAKIMOTO

|   |   |   |
|---|---|---|
| 1 | **UNITED STATES DISTRICT COURT** | |
| 2 | **DISTRICT OF NEVADA** | |

```
 1                        UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA
 2

 3    UNITED STATES OF AMERICA,           )
                                          )   Case No.:  2:19-cr-00072-JCM-BNW
 4                  Plaintiff,            )
                                          )   ORDER
 5          vs.                           )
                                          )
 6    TERRY TETUSO TAKIMOTO,              )
                                          )
 7                  Defendant.            )
                                          )
 8

 9          Based on the stipulation of counsel, the Court finds that good cause exists to continue

10   the change of plea hearing currently set for March 27, 2020 at 10:00 a.m. to April  24 , 2020

11   at 10:00 a.m.

12          DATED March 20, 2020.

13

14                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
15
```