NICHOLAS A.TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>TERRY TETSUO TAKIMOTO,<br><br>          Defendant. | Case No.: 2:19-cr-00072-JCM-BNW<br><br>STIPULATION TO CONTINUE THE CHANGE OF PLEA DATE<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JOHN GEORGE, Esq., counsel for defendant Takimoto:

THAT THE CHANGE OF PLEA CURRENLTY SCHEDULED FOR April 24, 2020, at 10:00 a.m. be continued and reset no earlier than 30 days if convenient for the Court.

1.    On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-03, which found that due to the outbreak of the coronavirus disease 2019 ("COVID-2019") in the District of

1   Nevada, the declaration by the Governor of the State of Nevada of a public health
2   emergency due to the spread of COVID-19 in Nevada, and the declaration of local
3   emergencies by local governments due to COVID-19, including Clark County, the
4   Court has sustained "reduced ability to obtain an adequate spectrum of jurors," and
5   it noted the effects of public health recommendations, including "social distancing
6   measures."  General Order 2020-03 accordingly continued all civil and criminal
7   trials until April 10, 2020, pending further order of the Court and found that "the
8   ends of justice are best served by ordering the continuances, which outweighs the
9   best interests of the public and any defendant's right to a speedy trial under 18
10  U.S.C. § 3161(h)(7)(A)."

11  2.      On March 19, 2020, the Chief Judge of the U.S. District Court for the
12  District of Nevada issued Temporary General Order 2020-04 (collectively with
13  General Order 2020-03, "the General Orders"), which noted that "the COVID-19
14  pandemic has continued to spread," resulting in the need for "more aggressive
15  social-distancing measures." The Court noted further that, "[o]n March 17, 2020,
16  the Governor of the State of Nevada ordered the closure of many business
17  establishments and strongly encouraged all citizens to stay home." Accordingly, the
18  Court ordered the temporary closure of the Clerk's office, and implemented other
19  changes, including "striving to eliminate in-person court appearances." In the event
20  any hearing must go forward, the Court will conduct the hearing via video or
21  teleconference. The Court will vacate or amend GO 2020-04 no later than April 30,
22  2020.

3.      On April 9, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued an Amendment to the Temporary General Order 2020-03 further continuing criminal trials past April 10, 2020.

In light of the ongoing health concerns surrounding the COVID-19 virus, counsel for defendant and counsel for the Government agree to this continuance. This continuance is not sought for the purpose of delay but to adhere to recommendations related to prevention of COVID-19.  The defendant agrees to this continuance. No prejudice to the defendant will occur because of this continuance.

This is the second request for a continuance of the change of plea date.

DATED this 10th day of April, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Christopher Lin*_____
CHRISTOPHER LIN
Assistant United States Attorney


*/s/ John George*_____
JOHN GEORGE, Esq.
Counsel for Defendant TAKIMOTO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TERRY TETSUO TAKIMOTO,

    Defendant.

Case No.: 2:19-cr-00072-JCM-BNW

ORDER

Based on the stipulation of counsel, the Court finds that good cause exists to continue the change of plea date currently set for April 24, 2020 at 10:00 a.m., to June 5, 2020, at 11:30 a.m.

DATED April 13, 2020.

_____
UNITED STATES DISTRICT JUDGE