NICHOLAS A.TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-3663
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  2:19-cr-00072-JCM-BNW |
| Plaintiff, ) | |
| ) | Stipulation to Continue Hearing |
| vs. ) | (Second Request) |
| ) | |
| TERRY TETSUO TAKIMOTO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A.

TRUTANICH, United States Attorney, CHRISTOPHER LIN, Assistant United States

Attorney, counsel for the United States of America and JOHN GEORGE, Esq., counsel for

defendant Takimoto:

THAT THE HEARING FOR REVOCATION OF PRETRIAL RELEASE

CURRENTLY SCHEDULED FOR April 21, 2020, be vacated and set to after June 5, 2020

but before June 29, 2020, when convenient for the Court.

The Stipulation is entered into for the following reasons:

1.   The defendant signed a plea agreement and intends to plead guilty in this case. Based on the plea agreement, the parties anticipate that the defendant will be sentenced to a term of incarceration.

2.   The defendant's anticipated change of plea hearing date was postponed from March 24, 2020 until June 5, 2020 because, in part, of the General Orders issued by the Chief Judge of the District of Nevada related to the COVID-19 pandemic.

3.   The defendant and codefendant's trial is scheduled for June 29, 2020.

4.   This request is not made for the purpose of delay.

5.   Counsel for the defendant and the Government agree to the continuance.

6.   Defendant Takimoto is detained and agrees to the continuance.

7.   This is the second request to continue the revocation hearing.

DATED this 15th day of April, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney

*/s/ John George*
JOHN GEORGE, Esq.
Counsel for Defendant TAKIMOTO

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  2:19-cr-00072-JCM-BNW |
| Plaintiff, | ) ) ) | ORDER |
| vs. | ) ) | |
| TERRY TETSUO TAKIMOTO, | ) ) | |
| Defendant. | ) ) ) | |

ORDER

Based on the pending Stipulation between the defense and the government, and good cause appearing:

IT IS ORDERED that the revocation of pretrial release hearing currently scheduled for April 21, 2020, at the hour of 10:00 a.m., be vacated and continued to June 16, 2020, at 10:00 a.m.

DATED this 16th day of April, 2020.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE