UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>TERRY TETSUO TAKIMOTO,<br><br>Defendant(s). | Case No. 2:19-CR-72 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *USA v. Takimoto et al.*, case number 2:19-cr-00072-JCM-BNW.  On May 28, 2020, defendant Terry Tetsuo Takimoto stipulated to continue his change of plea hearing.  (ECF No. 67).

Takimoto's change of plea hearing is currently scheduled for June 5, 2020.  (ECF Nos. 61; 65).  Takimoto stipulated to continue his change of plea hearing at least 30 days.  (ECF No. 67).  However, calendar call is currently set for June 24, and the jury trial in this matter is scheduled to being June 29.  (ECF No. 48).  Thus, Takimoto's stipulation would set his change of plea date after his trial date.

As a result, Takimoto must stipulate to continue his trial date before the court can continue his change of plea hearing.  Further, codefendant Tim Omar Trevino must join in that stipulation.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Takimoto's stipulation to continue change of plea date (ECF No. 67) be, and the same hereby is, DENIED without prejudice.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that Takimoto and codefendant Trevino must stipulate to the continuance of their trial date in order for the court to continue Takimoto's change of plea date 30 days as requested.

DATED May 29, 2020.

_____
UNITED STATES DISTRICT JUDGE

- 2 -