NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER LIN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
christopher.lin@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:19-cr-00072-JCM-BNW |
| Plaintiff, | STIPULATION TO CONTINUE THE CHANGE OF PLEA DATE (Fourth Request) |
| vs. | |
| TERRY TETSUO TAKIMOTO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney; CHRISTOPHER LIN, Assistant United States Attorney, counsel for the United States of America and JOHN GEORGE Jr., Esq., counsel for defendant TAKIMOTO:

THAT THE CHANGE OF PLEA CURRENLTY SCHEDULED FOR July 24, 2020, at 11:00 a.m. be continued and reset no earlier than 30 days if convenient for the Court.

This stipulation is entered into for the following reasons:

1.    The defendant is currently detained and prior to his in-person court appearance, the defendant must undergo a COVID-19 test and certain other procedures. The defendant, however, has not undergone the proper testing or

procedures in order to appear for his July 24, 2020 change of plea hearing. Therefore, the parties are requesting a short adjournment so that the defendant may undergo the proper testing before appearing in court.

2.      In light of the ongoing health concerns surrounding the COVID-19 virus, counsel for defendant and counsel for the Government agree to this continuance. This continuance is not sought for the purpose of delay but to adhere to the procedures related to prevention and spread of COVID-19. Further, counsel for the defendant agrees that this delay will not cause serious harm to the interest of justice and the defendant agrees. No prejudice to the defendant will occur because of this continuance. The defendant agrees to this continuance.

This is the fourth request for a continuance of the change of plea date

DATED this 20th day of July, 2020.

NICHOLAS A. TRUTANICH
United States Attorney


*/s/ Christopher Lin*
CHRISTOPHER LIN
Assistant United States Attorney


*/s/ John George*
John George Jr., Esq.
Counsel for Defendant TAKIMOTO

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,          )
                                   )   Case No.:  2:19-cr-00072-JCM-BNW
                 Plaintiff,        )
                                   )   ORDER TO CONTINUE THE
         vs.                       )   CHANGE OF PLEA DATE
                                   )
TERRY TETSUO TAKIMOTO,             )
                                   )
                 Defendant.        )
                                   )

     Based on the stipulation of counsel, the Court finds that good cause exists to continue the change of plea date currently set for July 24, 2020 at 11:00 a.m., to  August    26    , 2020 at 11:00 a.m.

     DATED  July 22, 2020.


_____
UNITED STATES DISTRICT JUDGE

3