**STIP**
JOHN G. GEORGE, ESQ.
Nevada Bar No. 004252
LAW OFFICE OF JOHN GEORGE
512 South Eighth Street
Las Vegas, Nevada 891011–7003
Telephone:   (702) 852-3006
Facsimile:   (702) 446-1577
Email:JohnGeorgeJr@FastMail.fm
*Attorney for Defendant,*
*Terry Takimoto*

## UNITED STATES  DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE OF NEVADA, | Case No.:  2:19-CR-00072-JCM-BNW |
| Plaintiff, | |
| vs. | |
| TERRY TAKIMOTO, | |
| Defendant. | |

## STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED between the parties, Nicholas A. Trutanich, United States Attorney for the District of Nevada; Christopher Lin, Assistant United States Attorney, counsel for the United States; and John George, counsel for Terry Takimoto; that this Court issue an Order continuing the sentencing of Terry Takimoto. All counsel(s) have conferred with their clients, and all clients approve of this request to continue the sentencing.

The parties state as follows:

1)       The presently scheduled day for sentencing is December 11, 2020 at 10:30 a.m.

2)       Defendant, Terry Takimoto is presently incarcerated in Pahrump and will not be prejudiced by the delay as he will get credit for the time served there.

3)       Defendant Terry Takemoto requested the continuance to be better prepared for the sentencing.

4)      Counsel for Terry Takimoto requests thirty (30) days and counsel for the United States agrees to that delay.

This is the 1st Stipulation for a continuance.

DATED this 08 day of December, 2020.


/s Christopher Lin____
Christopher Lin, ESQ.
Counsel for the United States
Assistant United States Attorney


/s/ John G. George_____
JOHN G. GEORGE, ESQ.
*Counsel for Defendant*
*TERRY TAKIMOTO*

JOHN G. GEORGE, ESQ.
Nevada Bar No. 004252
LAW OFFICE OF JOHN GEORGE
512 South Eighth Street
Las Vegas, Nevada 89101-7003
Telephone: (702) 852-3006
Facsimile: (702) 446-1577
Email: JohnGeorgeJr@FastMail.fm
*Attorney for Defendant,*
*Terry Takimoto*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:19-CR-00072-JCM-BNW |
| Plaintiff, | Dept No.: |
| vs. | |
| TERRY TAKIMOTO, | |
| Defendant. | |

## FINDINGS OF THE FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore the Court finds:

that:

1.      Both counsel for Defendant and Defendant Terry Takimoto request a continuance for the sentencing.

2.      Counsel for the United States, Christopher Lin and counsel for Terry Takimoto conferred and all agree to this continuance.

3.      Defense requests thirty (30) days, and counsel for the United States agrees to the continuance.

4.      The continuance is in the best interests of the Defendant and the United States.

5.      The additional time requested is not sought for purposes of delay.

6.      A denial of this continuance could result in a miscarriage of justice as it would prevent counsel for Terry Takimoto time to prepare for the sentencing hearing.

**CONCLUSIONS OF LAW**

The ends of justice will be served by granting this continuance as it will enable counsel to better represent Defendant at sentencing. Additionally, a failure to grant this continuance would likely result in a miscarriage of justice because Defendant and counsel would be unprepared for the sentencing.

**ORDER**

IT IS HEREBY ORDERED that the sentencing date currently scheduled for 10:30 a.m. on December 11, 2020 be vacated and re-scheduled for February 19___, _2021_ at _10:00_a.m.

DATED December 9, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
LAW OFFICE OF JOHN GEORGE

/s/ John G. George_____
JOHN G. GEORGE, ESQ.
Nevada Bar No. 012380
512 South Eighth Street
Las Vegas, Nevada 891011–7003
E-mail:      JohnGeorgeJr@FastMail.fm
Telephone:  (702) 702-382-1200
Facsimile:  (702) 702-446-1577
*Attorney for Defendant*
*Terry Takimoto*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th of January, 2018 I served a true and correct copy of the foregoing **STIPULATION TO CONTINUE SENTENCING** addressed to the following counsel of record and/or party at the following address:

___X___   mandatory electronic service (e-service), via CM/ECF proof of e-service attached to any copy filed with the Court;

_____   by facsimile transmission, proof of transmission attached to any copy filed with the Court; or

_____   *by U.S. Mail: By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as indicated on the service list below in the United States mail at Las Vegas, Nevada to the below address*:

NICHOLA TRUTANICH, ESQ.
United States Attorney
CHRISTOPHER LIN, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. South
Las Vegas, NV 89101

_/s/John George_____
An Employee of
*THE LAW OFFICE OF JOHN G. GEORGE*