Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Rick Mula
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Rick_Mula@fd.org

*Attorney for Defendant Terry Tetsuo Takimoto

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:19-cr-00072-JCM-BNW |
| v. | **Stipulation to Dismiss Petition and Vacate Revocation Hearing** |
| Terry Tetsuo Takimoto, | |
| Defendant. | |

The parties stipulate and jointly request that the Court dismiss the petition (ECF No. 133), lift all conditions of the personal recognizance bond (ECF No. 140), vacate the revocation hearing set for September 29, 2025, at 10:00 AM, and continue Mr. Takimoto on previously imposed conditions of supervised release.

Mr. Takimoto was arrested by Las Vegas Metropolitan Police Department officers on July 5, 2025, and charged with a drug possession offense. (ECF No. 133 at 2–3.) He posted bail the following day and was released from custody. (*Id.* at 5.)

United States Probation Officer Javier Muruato filed a Petition for Warrant for Offender Under Supervision on July 11, 2025. (*Id.*) Mr. Takimoto was then arrested by the U.S. Marshals on July 15, 2025.

Mr. Takimoto made his initial appearance in federal court on July 15, 2025. (ECF No. 135.) He was released from custody on a personal recognizance bond with conditions including home detention. (ECF No. 140 at 3.)

The state case against Mr. Takimoto was denied on July 24, 2025, meaning that Mr. Takimoto no longer has a pending state case. (Exhibit A.) Defense counsel has conferred with the government and Officer Muruato, and they have agreed to dismiss the pending petition for revocation of supervised release.

Accordingly, the parties stipulate and jointly request that the Court dismiss the petition (ECF No. 133), lift all conditions of the personal recognizance bond (ECF No. 140), vacate the revocation hearing set for September 29, 2025, at 10:00 AM, and continue Mr. Takimoto on previously imposed conditions of supervised release.

Dated August 12, 2025.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

Sigal Chattah
Acting United States Attorney

*/s/ Rick Mula*
Rick Mula
Assistant Federal Public Defender

*/s/ Joshua Brister*
Joshua Brister
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Terry Tetsuo Takimoto,

    Defendant.

Case No. 2:19-cr-00072-JCM-BNW

**Order**

Good cause appearing, the parties' stipulation is granted.

IT IS THEREFORE ORDERED that the petition for revocation of supervised released (ECF No. 133) is dismissed.

IT IS FURTHER ORDERED that all conditions of the personal recognizance bond (ECF No. 140), including home detention, are lifted.

IT IS FURTHER ORDERED that Mr. Takimoto is not revoked from supervision and will continue on his previously imposed conditions of supervised release.

IT IS FURTHER ORDERED that the revocation hearing set for September 29, 2025, at 10:00 AM is vacated.

DATED August 13, 2025.

                                                                   UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# EXHIBIT A

# REGISTER OF ACTIONS
## CASE NO. 25-PC-057038

| | | |
|---|---|---|
| State of Nevada vs. TAKIMOTO, TERRY TETSUO | § § § § § | Case Type: **Felony CR**<br>Date Filed: **07/06/2025**<br>Location: |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Defendant | TAKIMOTO, TERRY TETSUO<br>  Other Agency Numbers<br>    1846232 Justice Court Scope ID Subject<br>    Identifier | |
| State of Nevada | State of Nevada | |

---

### CHARGE INFORMATION

| Charges: TAKIMOTO, TERRY TETSUO | Statute | Level | Date |
|---|---|---|---|
| 999. Possess schedule I or II controlled substance less than 14 grams, first or second offense [62073] | 453.336.2a | Felony | 07/05/2025 |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

07/24/2025 **Disposition** (Judicial Officer: Wood, Nadia)
  999. Possess schedule I or II controlled substance less than 14 grams, first or second offense [62073]
    DA Denial

**OTHER EVENTS AND HEARINGS**

07/06/2025 **Original Track Assignment JC16**
07/06/2025 **Case Assignment Sent**
  *Case Assignment Sent*
07/06/2025 **DA Request for Prosecution**
  *Request for Prosecution Sent to DA*
07/06/2025 CANCELED  **Initial Appearance Justice Court (PC Review)**  (1:30 PM) (Judicial Officer Ferreira, Amy)
  *Custody Change - Surety Bond Posted*
07/06/2025 **Financial Affidavit**
07/06/2025 **Surety Bond**
07/06/2025 **Surety Bond Acceptance-Notice of Appearance**
07/06/2025 **Not Released NPR**
07/06/2025 **Nevada Risk Assessment Tool**
07/06/2025 **Probable Cause Review Packet - Initial Appearance Court**
  *n/s*
07/06/2025 **Probable Cause Review Packet - Initial Appearance Court**
07/06/2025 **Probable Cause Review Packet - Initial Appearance Court**
07/06/2025 **Waiver of Extradition After Admission to Bail**
07/24/2025 **Case Assignment Sent**
  *Case Assignment Sent*
08/06/2025 **Status Check on Filing of Criminal Complaint**  (9:00 AM) (Judicial Officer Wood, Nadia)
  *Surety Bond*
  Result: Matter Heard
08/06/2025 **DA Denial**
08/06/2025 **Surety Bond Ordered Exonerated**
  *WC7-01596765*
08/06/2025 **Minute Order - Department 16**
08/06/2025 **Surety Bond Exonerated**

---

### FINANCIAL INFORMATION

**Defendant** TAKIMOTO, TERRY TETSUO
Total Financial Assessment                                                                                                                       50.00
Total Payments and Credits                                                                                                                       50.00
**Balance Due as of 08/07/2025**                                                                                                                 **0.00**

07/06/2025 Transaction Assessment                                                                                                                50.00
07/06/2025 Payment (Window)       Receipt # PT-2025-05460         All Star Bonding Inc                                                         (50.00)